UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADAM MOSES DELLEA,

          Petitioner,

     v.                                                           Case No. 2:26-cv-551-KCD-KRH

SHERIFF WILLIAM G.
PRUMMELL JR., OFFICIAL
CAPACITY, *et al.*,

          Respondents.

_____/

## ORDER

Plaintiff Adam Moses Dellea has filed a notice of voluntary dismissal of Defendants Michael Powell, Jacqueline M. Stark, and John L. Burns. The Notice is self-executing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Thus, the Clerk is **DIRECTED** to terminate Defendants Powell, Stark, and Burns. Defendants Powell and Stark's Motion to Confirm their dismissal (Doc. 35) is **GRANTED**.

**ORDERED** in Fort Myers, Florida on June 12, 2026.

Kyle C. Dudek
United States District Judge